AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| Ancestry.com Operations Inc. <br> Ancestry.com DNA, LLC <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> DNA Diagnostic Center, Inc. <br><br>_____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. **1:15CV737** <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> DNA Diagnostic Center, Inc.
> DNA Technology Park
> One DDC Way
> Fairfield, OH 45014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Paul J. Linden
> Wood, Herron & Evans, L.L.P.
> 441 Vine Street, 2700 Carew Tower
> Cincinnati, Ohio 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: NOV 16 2015 _____

_____
*Signature of Clerk or Deputy Clerk*