AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Ancestry.com Operations Inc.
Ancestry.com DNA, LLC

*Plaintiff(s)*

v.

DNA Diagnostic Center, Inc.

*Defendant(s)*

Civil Action No. 1:15CV737

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
DNA Diagnostic Center, Inc.
DNA Technology Park
One DDC Way
Fairfield, OH 45014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul J. Linden
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Nagel, Clerk of Court
*CLERK OF COURT*

Date: NOV 16 2015

*Signature of Clerk or Deputy Clerk*

## Affidavit of Service

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO

CASE NO.1:15-CV-00737-SSB
PLAINTIFF: ANCESTRY.COM OPERATINS INC. ANCESTRY.COM DNA, LLC
VS.
DEFENDANT: DNA DIAGNOSTIC CENTER, INC.

For: WOOD, HERRON & EVANS, LLP (OH)

Received by Provest LLC on 11-17-2015 @ 6:30 AM/PM
PARTY TO BE SERVED: DNA DIAGNOSTIC CENTER, INC

AARON GRIMES, Being first duly sworn on oath deposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator,

TYPE OF PROCESS: SUMMONS, COMPLAINTS & EXHIBITS A-D

(X) Served  ( ) Non-Served  the within named defendant on 11-19-2015 @ 1:40 pm

ADDRESS WHERE ATTEMPTED OR SERVED: DNA TECHNOLOGY PARK
ONE DDC WAY
FAIRFIELD, OH 45014

( ) PERSONAL SERVICE: I served the same by delivering a copy thereof to the same personally.

( ) RESIDENTIAL SERVICE: I served the same on the above person by subserving: _____
(Relationship) _____, a person of suitable age and discretion residing therin.

(X) CORPORATE OR GOVERNMENT SERVICE: I served the same on the above company, corporation etc, by delivering a copy to: Amy Jackson, whose position is (Title): Front Desk Accounts Payable

( ) NON-SERVICE For the reasons detailed in the comments below:

COMMENTS:

I hereby certify that I am not party to the above action or suit and I am over 18 years of age and the above affidavit is true and correct.
I have proper authority in the jurisdiction in which this service was made.

_____
Signature of Process Server

Subscribed and sworn before me this 20th day of November, 2015

_____
Signature of Notary Public



**JESSICA RIEDY**
Notary Public, State of Ohio
My Commission Expires
January 29, 2020