# Exhibit C

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Ancestry.com Operations Inc. et al., | ) Case No. 1:15-cv-00737-SSB-SKB |
| Plaintiffs, | ) Judge Sandra S. Beckwith |
| vs. | ) Magistrate Judge Stephanie K. Bowman |
| DNA Diagnostics Center, Inc., | ) |
| Defendant. | ) |

## Declaration of David Silver in Support of
## <u>DDC's Objections to Magistrate's Report and Recommendation</u>

1. I am the Vice President of Marketing for DDC, and I have been actively involved in marketing at DDC since I joined the company in 2011.

2. Page 7 of the Magistrate Judge's Report and Recommendation (the "R&R") includes a screenshot of a Facebook ad about a Groupon deal for the AncestrybyDNA test.

3. Clicking the link in the Facebook ad to place an order would have opened the actual Groupon ad at www.groupon.com, which would have identified both DDC's "AncestrybyDNA" brand name and the "DNA Origins" name.

4. So, for example, today, on March 18, 2016, I located an old Facebook link to an AncestrybyDNA test Groupon ad, very similar to what was cited in the R&R. It appeared as follows:

1



5. I then clicked the "Shop Now" button in the bottom right hand corner of the link and was transported to the actual Groupon ad at www.groupon.com, which appeared as follows:



6. As shown on the actual Groupon ad, DDC uses trademarks to sell its DNA tests such as ANCESTRYBYDNA and DNA ORIGINS. For more than a decade, DDC has **never** sold a DNA test under any purported "Ancestry DNA" or "DNA Ancestry" trademarks. Instead, DDC has used the phrases "Ancestry DNA" and "DNA Ancestry" as descriptive terms along with the trademarks under which DDC sells.

7. The Groupon ad above shows that the DNA test is sold under DNA Origins by AncestryByDNA. And the term "DNA Ancestry Test" is not a third trademark but rather describes the type of test sold, namely, a test to help you learn more about your ancestry through your DNA.

8. This is just like other descriptive, non-trademark terms to describe DNA tests, such as Paternity DNA Test, Medical DNA Test, and Forensic DNA Test.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2016.

_____
David Silver