UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANCESTRY.COM OPERATIONS, INC.,
et al.,

       Plaintiffs,

                                     Case No. 1:15-cv-00737

      vs.                              Judge Beckwith
                                     Magistrate Judge Bowman

DNA DIAGNOSTICS CENTER, INC.,

       Defendant.

# CALENDAR ORDER

As a result of the Rule 26(f) Report of the Parties filed April 20, 2016, this case shall proceed as follows:

    Deadline to file motion to amend the pleadings and/or add parties:  **September 1, 2016**
    Deadline to file motions relative to the pleadings:     **September 1, 2016**

    Deadline for disclosure and report of plaintiff expert(s):     **December 12, 2016**
    Deadline for disclosure and report of defendant expert(s):     **February 1, 2017**
    Deadline for disclosure and report of rebuttal expert(s):  **March 13, 2017**
    Deadline for disclosure of non-expert (fact) witnesses:  **October 3, 2016**
    Fact Discovery deadline:  **December 12, 2016**
    Expert Discovery deadline:  **April 12, 2017**

    Deadline to file dispositive motions[1]:  **May 12, 2017**

The final pretrial and trial dates will be set on the calendar of Judge Beckwith.

                                     s/Stephanie K. Bowman
                                     Stephanie K. Bowman
                                     United States Magistrate Judge

---

[1] Courtesy hard copies of any depositions and exhibits that exceed twenty (20) pages in total and are cited in any memorandum, shall be submitted to Judge Beckwith's chambers.