# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM DNA, LLC, | : : : : |
| Plaintiffs, | : Civil Action No. 1:15-cv-737 |
| v. | : : : Judge Sandra Beckwith : Mag. Judge Stephanie Bowman |
| DNA DIAGNOSTICS CENTER, INC., | : : |
| Defendant. | : : |

## NOTICE OF WITHDRAWAL OF MAXWELL GOSS AS COUNSEL FOR DNA DIAGNOSTICS CENTER, INC.

In accordance with Local Rule 83.4(d), attorney Maxwell Goss hereby gives notice of his withdrawal as counsel for Defendant DNA Diagnostics Center, Inc. ("DDC"). David Cupar and Matthew Cavanagh will continue to represent DDC in the above-captioned action.

[signatures on following page]

{6407333:}

        Respectfully submitted,

        /s/Maxwell Goss
        Maxwell J. Goss
        MCDONALD HOPKINS PLC
        39533 Woodward Ave., Ste. 318
        Bloomfield Hills, Michigan 48304
        t 248.220.1338 │ f 248.646.5075
        mgoss@mcdonaldhopkins.com


        /s/David B. Cupar
        David B. Cupar
           Trial Attorney
        MCDONALD HOPKINS LLC
        600 Superior Ave., East, Ste. 2100
        Cleveland, Ohio 44114
        t 216.348.5400 │ f 216.348.5474
        dcupar@mcdonaldhopkins.com

        *Counsel for Defendant*
        *DNA Diagnostics Center, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2016, the foregoing was served on counsel of record for Plaintiffs-Appellants Ancestry.com Operations, Inc. and Ancestry.com DNA, LLC electronically through the CM/ECF System.

s/David B. Cupar