**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

ANCESTRY.COM OPERATIONS, INC., et al.,

      Plaintiffs,

  v.

DNA DIAGNOSTIC CENTER, INC.,

      Defendant.

Case No. 1:15-cv-00737

Dlott, J.
Bowman, M.J.

**ORDER**

The Court has been advised that the parties have reached a tentative settlement in this matter. At the request counsel, the Court hereby STAYS all current pretrial deadlines, to include briefing on Plaintiff's motion for leave to file motion to amend pleadings under seal (doc. 97). Not later than **June 30, 2017**, the parties shall file either a stipulation of dismissal with prejudice or advise the Court, in writing, of the current status of finalizing the terms of the settlement.

    **SO ORDERED**.

               *s/Stephanie K. Bowman*
               Stephanie K. Bowman
               United States Magistrate Judge